IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0239
 ((((((((((((((((

 Leslie T. Holmes, Petitioner

 v.

 Texas Mutual Insurance Company, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition for review, filed on April 4, 2011, is ABATED.
 2. This petition is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court when the court
of appeals' decision is final.

 Done at the City of Austin, this 8th day of April, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk